## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DASHUJAUHN DANZIE
ADC #106091                                                                                           PETITIONER

VS.                                    5:06CV00314 BSM/JTR

LARRY NORRIS, Director
Arkansas Department of Correction                                                      RESPONDENT

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (docket entry #1) is DENIED, and this case is DISMISSED, WITH PREJUDICE.

Dated this 1st day of June, 2009.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE