**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

DASHUJAUHN DANZIE
ADC #106091                                                                                          PETITIONER

VS.                                       5:06CV00314 BSM/JTR

LARRY NORRIS, Director
Arkansas Department of Correction                                                       RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Respondent, and this habeas action is DISMISSED, WITH PREJUDICE.

Dated this 1st day of June, 2009.

/s/ Brian S. Miller
UNITED STATES DISTRICT JUDGE